UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STACY and JOHN MCKINNES
Individually and as Natural Guardians
of C.M., a minor, in his individual
capacity,

      Plaintiffs,

v.

THE SCHOOL BOARD OF CHARLOTTE
COUNTY, FLORIDA,
BABCOCK NEIGHBORHOOD
SCHOOL, INC., HEATHER TACK,
IN HER INDIVIDUAL CAPACITY,
TARA BODE, IN HER INDIVIDUAL
CAPACITY, TERRENCE GUETLER,
IN HIS INDIVIDUAL CAPACITY, and
CAITLAN MORRIS, IN HER INDIVIDUAL
CAPACITY,

      Defendants.
_____/

Case No. 2:26-cv-00467-SPC-NPM
Judge Sheri Polster Chappell

## SUPPLEMENTAL LOCAL RULE 3.01(G) CERTIFICATION REGARDING DEFENDANT GUETLER'S MOTION TO DISMISS

Counsel for the Defendant TERRANCE GUETLER[1], hereby respectfully submits this Local Rule 3.01(g) certification regarding Defendant GUETLER's Motion to Dismiss [DE 24]. Counsel for Defendant GUETLER states that she has conferred with Plaintiff's counsel who has advised the Plaintiff opposes the relief sought.

---

[1] The Amended Complaint misspells this Defendant's first name as Terrence.

1

*s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send an electronic copy to: **Joseph Montgomery, Esq.**, Montgomery Law Office, PLLC, 631 US 1, Suite 202 North Palm Beach, FL 33408 Email address: joe@educationlawyers.com; **Jeffrey W. Hurcomb, Esq.,** Roberts, Reynolds, Bedard & Tuzzio, 5237 Summerlin Commons Blvd, Ste. 118, Fort Myers, 33907 Email address: jhurcomb@rrbpa.com this 27th day of March, 2026.

*/s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:   (954) 462-3200
E-mail: Summer@purdylaw.com; Isabella@purdylaw.com
Attorneys for *Defendant Guetler*

2