# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**STACY and JOHN MCKINNES**
**Individually and as Natural**
**Guardians of C.M., a minor,**
**In his individual capacity,**

      **Plaintiffs,**                    **Case No.: 2:26-cv-00467-SPC-NPM**

**v.**

**The School Board of Charlotte**
**County, Florida, et. al.,**

      **Defendants.**

_____/

## DEFENDANT SCHOOL BOARD'S
## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully submitted this 7th day of April 2026.

/s/ Terry J. Harmon
**TERRY J. HARMON**
Florida Bar Number: 0029001
tharmon@sniffenlaw.com
**DESIGNATED LEAD COUNSEL**
**SNIFFEN & HARMON, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for the School Board*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of April 2026, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system. A copy of this document will be served on Defendant after service of process is perfected.

/s/ Terry J. Harmon
**TERRY J. HARMON**

2